[Smith and Pearce *v.* Odlin.]

## Thomas Pratt indorsee *against* Napthali Phillips.

Verdict set aside after a full trial on the merits, there having been no plea or issue entered. But the court made a rule to plead in two days.

ON motion, the court set aside a verdict which the plaintiff had obtained in this cause at the last court of Nisi Prius, though there had been a full trial on the merits, no plea or issue having been entered in the suit. The court made a rule on the defendant to plead in two days.

Mr. Ingersoll, *pro quer.*

Mr. Philips, *pro def.*

Overruled in 17 S. & R. 116 where it was decided that after going to trial on the merits, the court will not reverse the judgment because there is no plea or issue.